**DISMISS and Opinion Filed September 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00832-CV**

**LAURA WALLS, Appellant**
**V.**
**1809 BAKER, LLC D/B/A/ BAKER SQUARE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03375-B**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

Before the Court is the parties' agreed motion to dismiss the appeal as they have settled their dispute. We grant the motion and dismiss the appeal with prejudice. As agreed by the parties, they shall bear their own attorney's fees and costs.

230832f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

LAURA WALLS, Appellant

No. 05-23-00832-CV      V.

1809 BAKER, LLC D/B/A/ BAKER
SQUARE APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-03375-
B.
Opinion delivered by Justice
Molberg. Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

Pursuant to the parties' agreement, it is **ORDERED** that the parties bear their own attorney's fees and costs of this appeal.

Judgment entered this 1st day of September, 2023.